# Baker *et al.* v. Thornton.

APPEAL from Bullock Chancery Court.

Heard before the Hon. WILLIAM L. PARKS.

D. S. BETHUNE, for appellants.

J. D. NORMAN, for appellee.

The appellant, G. T. Baker, and defendant, R. C. Thornton, under style of Thornton & Baker, were engaged as equal partners in a general mercantile and ginnery business. On discontinuing their business, they were unable to settle and wind up their business. They at length agreed upon a plan to wind up their business, as follows: G. T. Baker to execute a joint note with his brother, R. L. Baker, payable to defendant, R. C. Thornton, for $1,000 for a debt that R. L. Baker owed the firm of Thornton & Baker, and R. C. Thornton to take charge of all the effects of the firm, make collections, etc., and pay the debts of the firm out of his own individual funds. It was also agreed that the assets of the firm were to be equally divided, and that as fast as the said Thornton would make collection, that he would apply one-half of said collection to the credit of said note of G. T. and R. L. Baker, and that if any reduction by compromise on any debts owing by the firm was secured by the said G. T. Baker, that said reduction should be applied as credit to said note, and if any debts were paid by the said G. T. Baker, that he was to have credit for the same on said note. That the said Thornton in accordance with this agreement for a settlement of their partnership business took charge of all the assets of said firm, and made collection in monies and other personal property and refused to account to said G. T. Baker for any such assets, and in disregard for their agreement, did institute suit against G. T. Baker and R. L. Baker on aforesaid note of $1,000 allowing no credits or discounts whatever, knowing that there had not been any settlement of partnership accounts, nor any balance ascertained to be due one to the other in regard to the partnership transaction of said partners. Whereupon

George T. Baker and R. L. Baker filed their bill to enjoin said suit in the circuit court of Bullock county and praying that an account be made and stated under the direction of the court for the purpose of adjusting a settlement of the partnership accounts between the said partners, the complainants placing themselves within the jurisdiction of the court to abide its orders.

On the final submission of the cause on the pleadings and proof, the chancellor rendered a decree holding that the complainants were not entitled to the relief prayed for and ordering their bill dismissed. The present appeal is prosecuted from that decree.

Decree affirmed.

Opinion by TYSON, J.

---

## Decatur Land Co. v. Cook, Exec.

APPEAL from Morgan Chancery Court.

Heard before the Hon. W. H. SIMPSON.

HARRIS & EYSTER, for appellant.

E. W. GODBEY, for appellee.

The bill in this case was filed by the appellee against the appellants, and prayed for the appointment of a receiver of a partnership to which the complainant and some of the defendants were members, and for the conservation of the assets of the partnership and for the settlement of it between the complainant and the defendants.

On the final submission of the cause on the pleadings and proof, the chancellor fully sustained the equities of the bill, and decreed that the complainant was entitled to the relief prayed for.

On the present appeal the decree is corrected and as corrected is affirmed.

Opinion by HARALSON, J.